IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

KAREN KERNER,

                        Plaintiff,

     v.

GEORGIA-PACIFIC WOOD PRODUCT, LLC
and ESIS,

                        Defendants.

ORDER

16-cv-187-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

        In an order dated September 27, 2016, I noted that plaintiff Karen Kerner's 90-day deadline in Fed. R. Civ. P. 4(m) for serving defendant ESIS had passed, but plaintiff had not yet filed proof of service.  I directed plaintiff to show cause by October 11, 2016, why the complaint should not be dismissed as to ESIS for her failure to serve the complaint.  Plaintiff has not responded to the September 27, 2016 order.  Accordingly, IT IS ORDERED that plaintiff Karen Kerner's complaint is DISMISSED WITHOUT PREJUDICE as to defendant ESIS for plaintiff's failure to serve the complaint.  The case will proceed against defendant Georgia-Pacific Wood Product, LLC.

        Entered this 26th day of October, 2016.

                                    BY THE COURT:

                                    /s/
                                    BARBARA B. CRABB
                                    District Judge